FORM 8.   Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Worldwide Home Products, Inc.    v.  Time Inc., et al.

No. 15-1461

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se       ☑ As counsel for:    Bed, Bath and Beyond, Inc. and Cohesion Products, Inc.

Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☑ Appellee (s)    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name:             Edward F. O'Connor
Law firm:         Avyno Law, P.C.
Address:          6545 Balboa Blvd., Suite 190
City, State and ZIP:  Encino, CA 91613
Telephone:        818.488.8140
Fax #:            818.332.4205
E-mail address:   efo@avynolaw.com

Statement to be completed by counsel only (select one):

☑  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/30/2015                              /s/Edward F. O'Connor
Date                                  Signature of pro se or counsel

cc:  Vitaly David Rivkin

**CERTIFICATE OF SERVICE**

I, Rebecca Meegan, hereby certify and declare that I am employed by the law firm of Avyno Law, P.C., that I am over 18 years of age and not a party to the within action; that on March 30, 2015, that I caused the foregoing ENTRY OF APPEARANCE to be served on counsel for the Appellant, Vitaly David Rivkin by e-mail at drivkin@cfjblaw.com.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct

March 30, 2015                                    /s/Rebecca Meegan _____
                                                 Rebecca Meegan